| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: 7/9/2020 |

ANTWAN TOLLIVER,

               Plaintiff,

        v.

111 LEX LIQUORS, INC. *doing business as* 111 LEX LIQUORS AND WINE AND 109-111 LEXINGTON AVENUE, LLC,

               Defendants.

20-CV-3425 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    Plaintiff filed this action on May 1, 2020. On May 8, 2020, the Court ordered the parties to meet and confer within 30 days of service of the summons and complaint, and to submit a joint letter within 45 days of service. According to the docket, Defendants were served on May 5th and May 8th. To date, however, the Court has not received the parties' joint later. Nor have Defendants appeared in this action. No later than July 16, 2020, the parties shall file a joint letter updating the Court as to the status of this case and addressing the issues in the Court's May 8th Order.

    Plaintiff shall provide a copy of this Order to Defendants.

SO ORDERED.

Dated:    July 9, 2020
              New York, New York

                                              RONNIE ABRAMS
                                              United States District Judge